UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe subscriber assigned IP address 96.242.40.104

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. William J. Martini, U.S.D.J. |
| Plaintiff, | |
| | Case No. 2:14-cv-04389 (WJM) (MF) |
| vs. | |
| | CIVIL ACTION |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 96.242.40.104,** | **ORDER** |
| Defendant. | |

Farber, LLC, attorneys for defendant John Doe subscriber assigned IP address 96.242.40.104, for an Order permitting defendant to proceed anonymously and for a protective Order, which is pending, and defendant having sought in the interim to bar Verizon Internet Services from complying with plaintiff's subpoena returnable October 30, 2014, seeking defendant's identifying information, until defendant's motion for anonymity and a protective order is decided, the Court having ~~considered~~ *conducted a telephone conference on October 28, 2014, and having considered the* ~~moving and opposing papers and any~~ arguments of counsel, and good cause having been shown;

IT IS on this 28 day of October, 2014,

ORDERED that Verizon Internet Services shall not produce any documents, information, or objects, or permit inspection of premises, in response to plaintiff*'s* subpoena returnable October 30, 2014, in this matter until further Order of this Court; and

IT IS FURTHER ORDERED that a copy of the within Order shall be served on Verizon and all parties within one (1) day of its entry

/s/ Mark Falk

MARK FALK, U.S.M.J.